IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATASHIA D. WHITE, | ) |
| | ) |
|     Appellant, | ) |
| v. | )   CASE NO. 2:09-cv-20-MEF |
| | ) |
| CAPITAL ONE AUTO FINANCE, *et al.*, | ) |
| | ) |
|     Appellees. | ) |

## **O R D E R**

Upon consideration of the Appellant's Motion to Dismiss Appeal (Doc. #13) filed on June 10, 2009, it is hereby

ORDERED that the motion is GRANTED and this appeal is dismissed. The case is remanded to the Bankruptcy Court for the Middle District of Alabama.

DONE this the 15th day of June, 2009.

                                           /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE